UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| LAURA JANE ROBINSON,  )<br>)<br>*Plaintiff*,  )<br>)<br>v.  )<br>)<br>EXIST X., INC.,  )<br>)<br>GALOIS, INC.,  )<br>)<br>and  )<br>)<br>ROBERT WILTBANK  )<br>)<br>*Defendants*.  ) | Case No. 1:25-cv-01524 |

## ORDER

Upon consideration of Defendants Exist X, Inc., Galois, Inc., and Robert Wiltbank's Consent Motion for an Extension of Time to Respond to Plaintiff's Complaint, and with the consent of Plaintiff Laura Jane Robinson, it is hereby

ORDERED that the Motion is GRANTED. Defendants Exist X, Inc., Galois, Inc., and Robert Wiltbank shall have until **November 6, 2025,** to file a response to Plaintiff's Complaint.

October 6, 2025

Alexandria, Virginia

/s/ LRV
Lindsey Robinson Vaala
United States Magistrate Judge