UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| LAURA JANE ROBINSON, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-01524 |
| ) | |
| EXIST X, INC., ) | |
| ) | |
| GALOIS, INC., ) | |
| ) | |
| and ) | |
| ) | |
| ROBERT WILTBANK ) | |
| ) | |
| *Defendants*. ) | |

## DEFENDANTS' PARTIAL MOTION TO DISMISS

Defendants ExistX, Inc., Galois, Inc., and Robert Wiltbank (collectively, "Defendants"), by counsel, move to partially dismiss the claims in Plaintiff Laura Jane Robinson's ("Plaintiff") Complaint (ECF No. 2), pursuant to Federal Rules of Civil Procedure Rule 12(b)(6). In support of this motion, Defendants refer to and incorporate herein by reference their accompanying Memorandum in Support of their Partial Motion to Dismiss.

Specifically, Defendants move to dismiss Plaintiff's claim under the Equal Pay Act, 29 U.S.C. § 206(d) (Count III) and her claim of wrongful termination (Count VI), as to all defendants. Defendants further move to dismiss Plaintiff's claim of retaliation, in violation of the False Claims Act, 31 U.S.C. § 3730(h) (Count I), retaliatory termination, in violation of the Virginia Whistleblower Protection Act, Va. Code § 40.1-27.3 (Count II), and breach of contract (Count IV), as to Defendant Wiltbank specifically.

WHEREFORE, Defendants move this Court to dismiss Count III and Count VI as to all

Defendants, and to further dismiss Count I, Count II, and Count IV as to Defendant Wiltbank specifically.

Dated: November 5, 2025

Respectfully submitted,
**EXISTX, INC.,**
**GALOIS, INC.,** and
**ROBERT WILTBANK**

*/s/ Amy M. Pocklington*
Amy M. Pocklington (VA Bar No. 45233)
amy.pocklington@ogletreedeakins.com
Sebastian L. Brana (VA Bar No. 95703)
sebastian.brana@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC
901 East Byrd Street, Suite 1300
Richmond, VA  23219
Tel.: (804) 663-2330
Fax: (804) 225-8641

*Counsel for Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November, 2025, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of same to counsel for Plaintiff:

Pamela Michelle Keith
pamkeith@centerforemploymentjustice.com
Ray Keith Gordineer, Jr.
raygordineer@centerforemploymentjustice.com
CENTER FOR EMPLOYMENT JUSTICE, LLC
650 Massachusetts Ave. NW, Suite 600
Washington, DC 20001
202-800-0292

Thomas J. Curcio (VSB #23016)
CURCIO LAW
700 North Fairfax Street, Suite 505
Alexandria, Virginia 22314
tcurcio@curciolaw.com
703-836-3366

*Counsel for Plaintiff*

                                                                /s/ *Amy Pocklington*
                                                                *Counsel for Defendants*

93572243.v1-OGLETREE