THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| LAURA JANE ROBINSON, ) | |
| ) | CIVIL ACTION |
| *Plaintiff*, ) | Case No. 1:25-cv-01524-RDA-LRV |
| v. ) | |
| EXIST X., INC., et al. ) | |
| *Defendants*. ) | |

**MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF'S CONSENT MOTION
FOR ENLARGEMENT OF TIME
TO RESPOND TO
<u>DEFENDANTS' PARTIAL MOTION TO DISMISS</u>**

Plaintiff Laura Jane Robinson ("Plaintiff"), by counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Civil Rule 7 for a fourteen (14) day enlargement of time within which to file her response to Defendants' Partial Motion to Dismiss. In support of this Motion, Plaintiff states as follows:

**<u>BACKGROUND</u>**

1. Plaintiff filed her complaint commencing this action on September 11, 2025.

2. On November 5, 2025, Defendants filed a Partial Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6), together with a supporting memorandum (Doc. 22 and Doc. 23).

3. Under the Federal Rules of Civil Procedure and this Court's Local Rules, Plaintiff's response to the Partial Motion to Dismiss is presently due on November 19, 2025.

4. Plaintiff respectfully requests an enlargement of fourteen (14) days, up to and including December 3, 2025, to file her response to the Partial Motion to Dismiss.

3

## ARGUMENT

Good cause exists for the requested enlargement of time. Plaintiff's counsel has several pre-existing litigation deadlines and professional commitments in other matters coinciding with the current response period including depositions, and briefing/filing deadlines that were scheduled before Defendants filed their Partial Motion to Dismiss. In addition, the upcoming Federal Holiday in the next week will further constrain counsel's ability to devote uninterrupted time to prepare a fulsome response to the Partial Motion to Dismiss. Plaintiff originally sought Defendants' consent on a different motion last week regarding this case last week. Defendants presented a counteroffer that counsel must carefully evaluate and present to the client in order to decide how to proceed.

Counsel requires additional time to review that offer, to confer with Plaintiff about the proposal and its implications, and to determine the appropriate strategy to respond to the Defendants' Partial Motion to Dismiss. The requested enlargement provides sufficient time to accomplish this goal. Plaintiff respectfully submits that the requested fourteen-day enlargement will not prejudice Defendants. The requested extension is modest, and resolution of the Partial Motion to Dismiss will not be materially delayed.

As the law requires, Counsel for Plaintiff conferred with counsel for Defendants regarding the request for extension on November 17, 2025, and then again clarified the request in a meeting on November 18, 2025. Defendants asked for time to confer with their clients and seek consent. Defendants have given consent to Plaintiff's counsel on the relief requested. This motion is timely filed, and is Plaintiff's first request for an extension of time to respond to the Partial Motion to Dismiss. Plaintiff respectfully requests that the Court enter an Order granting Plaintiff a fourteen (14) day enlargement of time, up to and including December 3, 2025, within which to file her response to Defendants' Partial Motion to Dismiss, and that the Court grants such other and further relief as

deemed just and proper.

        Respectfully submitted,

        /s/ Thomas J. Curcio
        Thomas J. Curcio (VSB #23016)
        CURCIO LAW
        700 North Fairfax Street, Suite 505
        Alexandria, Virginia 22314
        Telephone: (703) 836-3366
        Facsimile: (703) 836-3360
        Email: tcurcio@curciolaw.com

        Pamela M. Keith (Pro Hac Vice)
        Raymond K. Gordineer Jr. (Pro Hac Vice)
        CENTER FOR EMPLOYMENT JUSTICE
        650 Massachusetts Ave. NW Suite 600
        Washington, DC 20001
        Tel: (202) 800-0292
        Fax: (202) 807-5725
        pamkeith@centerforemploymentjustice.com
        raygordineer@centerforemploymentjustice.com
        ***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

This is to certify that on this 18th day of November, 2025, a true copy of the foregoing Consent Motion for Enlargement of Time for Plaintiff to Respond to Defendant's Motion to Dismiss, and the Memorandum of Law in support thereof were served via electronic court filing on counsel of record:

Amy M. Pocklington (VA Bar No. 45233)
amy.pocklington@ogletreedeakins.com
Sebastian L. Brana (VA Bar No. 95703)
sebastian.brana@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC
901 East Byrd Street, Suite 1300
Richmond, VA 23219
Tel.: (804) 663-2330
Fax: (804) 225-8641
*Counsel for Defendants*

>                             */s/ Thomas J. Curcio*
>                             *Counsel for Plaintiff*