UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| LAURA JANE ROBINSON, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No. 1:25-cv-01524 |
| EXIST X, INC., | ) ) ) | |
| GALOIS, INC., | ) ) ) | |
| and | ) ) ) | |
| ROBERT WILTBANK | ) ) ) | |
| *Defendants*. | ) | |

## NOTICE OF WAIVER OF ORAL ARGUMENT

PLEASE TAKE NOTICE that Defendants ExistX, Inc., Galois, Inc, and Robert Wiltbank waive oral argument in connection with their Partial Motion to Dismiss [ECF No. 22] filed on November 5, 2025.

DATE: December 5, 2025          Respectfully submitted,

**EXISTX, INC.,**
**GALOIS, INC.,** and
**ROBERT WILTBANK**

*/s/ Amy M. Pocklington*
Amy M. Pocklington (VA Bar No. 45233)
amy.pocklington@ogletreedeakins.com
Sebastian L. Brana (VA Bar No. 95703)
sebastian.brana@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC
901 East Byrd Street, Suite 1300
Richmond, VA  23219
Tel.: (804) 663-2330
Fax: (804) 225-8641

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of December, 2025, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of same to counsel for Plaintiff:

Pamela Michelle Keith
pamkeith@centerforemploymentjustice.com
Ray Keith Gordineer, Jr.
raygordineer@centerforemploymentjustice.com
CENTER FOR EMPLOYMENT JUSTICE, LLC
650 Massachusetts Ave. NW, Suite 600
Washington, DC 20001
202-800-0292

Thomas J. Curcio
CURCIO LAW
700 North Fairfax Street, Suite 505
Alexandria, Virginia 22314
tcurcio@curciolaw.com
703-836-3366

*Counsel for Plaintiff*

        /s/ *Amy Pocklington*
        *Counsel for Defendants*