LAURA JANE ROBINSON,       )
                                  )          CIVIL ACTION
                                  )
     *Plaintiff*,            )      Case No. 1:25-cv-01524-RDA-LRV
                                  )
     v.                     )
                                  )
EXIST X., INC., et al.        )
                                  )
     *Defendants*.         )
                                  )

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

This matter came before the Court on Plaintiff's Motion for Leave to File First Amended Complaint. Upon consideration of the Motion, and for good cause shown, it is hereby;

**ORDERED** that the Motion is **GRANTED**;

And it is further **ORDERED** that the Clerk shall docket the First Amended Complaint attached to Plaintiff's Motion as Exhibit 1 as of the date of entry of this Order;

And it is further **ORDERED** that Defendant's Partial Motion to Dismiss is **DENIED** as moot;

And it is further **ORDERED** that Defendants shall answer or otherwise respond to the First Amended Complaint within the time permitted by Federal Rule of Civil Procedure.

It is **SO ORDERED**.

**ENTERED** this _____ day of _____, 2026.

_____
**Rossie D. Alston, Jr.**
**United States District Court Judge**