**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| LAURA JANE ROBINSON, | ) | |
| | ) | CIVIL ACTION |
| | ) | |
| *Plaintiff,* | ) | Case No. 1:25-cv-01524-RDA-LRV |
| | ) | |
| v. | ) | |
| | ) | |
| EXIST X., INC., et al. | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT**

This matter is before the Court on Plaintiff's Motion for Leave to File First Amended Complaint. Upon consideration of the Motion, Defendants' Partial Opposition, Plaintiff's Reply, the proposed First Amended Complaint, and the applicable law, it is hereby

**ORDERED** that Plaintiff's Motion for Leave to File First Amended Complaint is **GRANTED**; and it is further

**ORDERED** that Plaintiff's proposed First Amended Complaint, submitted on May 4, 2026, is deemed filed as of May 4, 2026, and shall be the operative complaint in this action; and it is further

**ORDERED** that the Clerk is **DIRECTED** to docket Plaintiff's First Amended Complaint as the operative complaint in this matter, to the extent it has not already been so docketed; and it is further

**ORDERED** that Defendants' pending Partial Motion to Dismiss Plaintiff's original

7

Complaint is **DENIED AS MOOT**; and it is further

        **ORDERED** that Defendants shall answer or otherwise respond to the First Amended

Complaint within fourteen (14) days of the entry of this Order.

        It is **SO ORDERED**.

        **ENTERED** this \_\_\_\_ day of _____, 2026.

_____
**Rossie D. Alston, Jr**
**United States District Judge**

8