# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

LAURA JANE ROBINSON,   )
                                   )
        Plaintiff,   )
                                   )
v.   )       Case No. 1:25-cv-1524-RDA-LRV
                                   )
EXIST X., INC., et al.   )
                                   )
        Defendants.   )
                                   )

## ORDER

This matter comes before the Court on Plaintiff's Motion for Leave to File First Amended Complaint (Dkt. No. 29) (the "Motion") pursuant to Federal Rule of Civil Procedure 15(a)(2), the memoranda in support thereof, (Dkt. No. 33) and in opposition thereto (Dkt. No. 32). Upon consideration of the Motion, the related briefing, the proposed First Amended Complaint, and the full record, it is hereby

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that the Clerk docket the First Amended Complaint (Dkt. No. 30) as the operative complaint, to be deemed filed as of the date of this Order. It is further

**ORDERED** that on or before June 23, 2026, Defendants shall: (i) answer or otherwise respond to the First Amended Complaint, or (ii) file a notice informing the Court that they intend to proceed with the pending motion to dismiss (*see* Dkt. No. 22).

**ENTERED** this 2nd day of June, 2026

Alexandria, Virginia

                                         /s/          
                                   Lindsey Robinson Vaala
                                   United States Magistrate Judge