IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LAURA JANE ROBINSON,                     )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )        Case No. 1:25-cv-1524 (RDA/LRV)
                                         )
EXIST X, INC., *et al.*                  )
                                         )
        Defendants.                      )

## ORDER

This matter comes before the Court on its own initiative. On November 5, 2025, Exist X, Inc., Galois, Inc., and Robert Wiltbank (collectively "Defendants") filed a Motion to Dismiss ("Defendants' Motion"). Dkt. 22. On November 18, 2025, Laura Jane Robinson ("Plaintiff") filed a Motion for Extension of Time ("Plaintiff's Motion"). Dkt. 24. On May 4, 2026, Plaintiff filed a Motion to Amended/Correct Complaint (Dkt. 29) and on June 2, 2026, Magistrate Judge Vaala granted that Motion (Dkt. 36) and Plaintiff's First Amended Complaint was filed on the docket. Dkt. 37. Accordingly, it is hereby ORDERED that Defendants' Motion (Dkt. 22) and Plaintiff's Motion (Dkt. 24) are DENIED as MOOT.

The Clerk is directed to forward copies of this Order to counsel of record.

It is SO ORDERED.

Alexandria, Virginia
June 3 , 2026

                                            /s/
                                    _____
                                    Rossie D. Alston, Jr.
                                    United States District Judge