# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | | |
|---|---|---|
| **LAURA JANE ROBINSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:25-cv-01524-RDA-LRV** |
| | ) | |
| **EXIST X, INC., et al.** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendants ExistX, Inc., Galois, Inc., and Robert Wiltbank (collectively, "Defendants"), by counsel, move to partially dismiss the claims in Plaintiff Laura Jane Robinson's ("Plaintiff") Amended Complaint (ECF No. 37), pursuant to Federal Rules of Civil Procedure Rule 12(b)(6). In support of this motion, Defendants refer to and incorporate herein by reference their accompanying Memorandum in Support of their Partial Motion to Dismiss.

WHEREFORE Defendants move to dismiss Plaintiff's claim under the Equal Pay Act, 29 U.S.C. § 206(d) (Count III), for defamation (Count V), and for wrongful termination (Count VI), as to all defendants. Defendants further move to dismiss Plaintiff's claim under the False Claims Act, 31 U.S.C. § 3730(h) (Count I), the Virginia Whistleblower Protection Act, Va. Code § 40.1-27.3 (Count II), for breach of contract (Count IV), and under Title VII (Counts VII, VIII, and IX) as to Defendant Wiltbank specifically. Defendants request the Court grant any further relief the Court deems appropriate.

Dated: June 23, 2026               Respectfully submitted,
                                   **EXISTX, INC.,**
                                   **GALOIS, INC.,** and

**ROBERT WILTBANK**

/s/ Amy M. Pocklington
Amy M. Pocklington (VSB No. 45233)
amy.pocklington@ogletreedeakins.com
Sebastian L. Brana (VSB No. 95703)
sebastian.brana@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC
901 East Byrd Street, Suite 1300
Richmond, VA  23219
Tel.: (804) 663-2349
Fax: (804) 225-8641

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of June, 2026, I electronically filed the foregoing with

the clerk of the court using the CM/ECF system, which will send notification of same to counsel

for Plaintiff:


Pamela Michelle Keith
pamkeith@centerforemploymentjustice.com
Ray Keith Gordineer, Jr.
raygordineer@centerforemploymentjustice.com
CENTER FOR EMPLOYMENT JUSTICE, LLC
650 Massachusetts Ave. NW, Suite 600
Washington, DC 20001
202-800-0292

Thomas J. Curcio (VSB #23016)
CURCIO LAW
700 North Fairfax Street, Suite 505
Alexandria, Virginia 22314
tcurcio@curciolaw.com
703-836-3366

*Counsel for Plaintiff*



/s/ *Amy Pocklington*
*Counsel for Defendants*