

# ExistX

901 N Stuart St #501
Arlington, VA 22203

EXHIBIT A

September 11, 2023

Dear Janie,

It is my pleasure to offer you the position of CEO at ExistX, Inc. From our discussions with you we are confident that you are an excellent match for the needs of the Company's customers, technology, and team. We believe ExistX will thrive under your leadership and couldn't be more excited about the prospect of working with you. This letter sets forth the terms of your employment as ExistX's CEO.

In this role you will be accountable to the board of directors of the Company, but with the vision and direction of the Company being determined overwhelmingly by you and where you believe you need to lead the Company in order to succeed. You will also occupy a board seat with full voting rights while in the role of CEO.

Your compensation package will have three elements: (1) annual base compensation of $260,000, (2) an annual incentive bonus target of up to $50,000 in 2024 and $100,000 in 2025 and for each year thereafter, and (3) a stock grant of 700,000 Company shares (this represents 7% of the company), subject to you signing an associated Stock Purchase Agreement. In addition, you will be eligible to participate in our employee benefits plans.

The annual incentive bonus target will be tied to the Company's annual Operating Plan determined by the board, yourself included, and set at a $ amount commensurate with the size/profitability of the Company.

The stock portion of your compensation becomes non-forfeitable at the accomplishment of the milestones as described below:

- 200k shares for building a successful team beyond 20 employees
- 100k shares for achieving $10M in cumulative revenue
- 200k shares for achieving annual revenue of $10M
- 100K shares for passing $1M in annual EBIT
- 100K shares for passing $2M in annual EBIT

ExistX also provides the following employee benefits, subject to the terms and conditions of the benefit plans or policies:

- 3 weeks of accrual-based paid time off each calendar year
- 5 paid sick days per calendar year
- 9 days of paid annual company holidays
- Company-paid medical insurance plans for you and your dependents, plus generous employer HSA contribution depending on plan selection



# ExistX

901 N Stuart St #501
Arlington, VA 22203

- Company-paid dental & vision insurance plan for you and your dependents
- Company-paid $150,000 Group Life/AD&D insurance, as well as short-term and long-term disability insurance
- 401(k) retirement plan where the company matches 100% of your contributions up to 5% of salary

Further, in the event that ExistX develops a product/technology that the Company's Board determines would be best advanced through spinning out a separate company (NewCo) during your tenure as CEO, the intent is that you would have ownership in NewCo commensurate with your vested ownership of ExistX, but subject to the sole discretion and approval of the board of NewCo and your execution of an associated stock purchase agreement.

Per Virginia state law, your employment shall be "at-will"; meaning either you or ExistX may terminate the employment relationship at any time and for any reason. ExistX also may change your title, role, job assignments, reporting relationship, or responsibilities from time to time and your employment will not be considered terminated by reason of any such changes.

Due to the vital importance to the company to maintain confidentiality and protect our intellectual property, as a condition of your employment you must sign and return the Proprietary Information Inventions Assignment Agreement ("PIIA") enclosed with this letter prior to starting employment. On your first day of employment, you will be asked to provide original documents verifying your right to work in the United States and to sign a verification form (USCIS Form I-9) required by federal law.

We ask you to consider this offer and touch base with me by Friday, September 15th 2023. To confirm your acceptance of this offer and to confirm your agreement with these terms, please sign and return this letter and the PIIA Agreement. Your start date will be a mutually agreed upon date.

We are delighted to make you this offer and look forward to your leadership.

Sincerely,

_____

Robert Wiltbank, Chairman

Sep 11, 2023



# ExistX

901 N Stuart St #501
Arlington, VA 22203

I accept this offer and the terms of employment.

_____    9/12/2023
Signature                                    Date

Janie Robinson