THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |  |
|---|---|---|
| LAURA JANE ROBINSON, | ) | |
| | ) | CIVIL ACTION |
| | ) | |
| *Plaintiff*, | ) | Case No. 1:25-cv-01524-RDA-LRV |
| | ) | |
| v. | ) | |
| | ) | |
| EXIST X., INC., et al. | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**[PROPOSED] ORDER DENYING DEFENDANTS'
PARTIAL MOTION TO
DISMISS PLAINTIFF'S AMENDED COMPLAINT**

This matter came before the Court on Defendants' Partial Motion To Dismiss Plaintiff's Amended Complaint. Upon consideration of the Motion, and for good cause shown, it is hereby;

**ORDERED** that the Motion is **DENIED**;

And it is further **ORDERED** that the Clerk shall set a date for a telephonic scheduling conference;

It is **SO ORDERED**.

**ENTERED** this _____ day of _____, 2026.

_____
**Rossie D. Alston, Jr.**
**United States District Judge**

30